

# COMPLAINT FORM

## COMPLAINANT (PERSON BRINGING COMPLAINT)

Name **Margaret (Meg) Mehserle**  Phone **(478)987-1728**  Cell Phone **(478)951-2172**

Address **1016 N. Davis Dr.**  City **Perry**

County **Houston Co.**  State **Georgia**  Zip Code **31069**

Email **meme1989@proton.me**

## RESPONDENT (PERSON or ENTITY AGAINST WHOM THE COMPLAINT IS BROUGHT)

If a complaint is against more than one Respondent, provide this information for each Respondent in an attached page.

Name of Person or Entity **Mr. Dan Perdue**  Phone **(478)987-1973**

Person's title (if any) **Houston County Commission Chairman**

Address **200 Carl Vinson Pkwy.**  City **Warner Robins**

County **Houston Co.**  State **Georgia**  Zip Code **31088**

I was denied my civil right to vote on a legal election system.

1

## SUBJECT OF COMPLAINT (check those that apply)

**Registration and Voter Rolls**

__Online registration

__Mail-in registration

__DMV or DDS registration

__Voter Outreach

__Registrar

__Notification of registration

__Rejected registration

__Voter roll error

__Voter roll maintenance

__Voter challenge

**Voting (In Person-Early and Election Day)**

__Polling place issue

__In line issue

**X** Turned away at polling place

__Name not on list

__Poll pad issue

__Poll worker issue

__Poll watcher/Observer/Monitor

__Touchscreen issue

**X** Review of paper ballot issue

**X** Scanner/Tabulator

**X** Voter assistance issue

**X** Spoiled ballot

**X** Provisional ballot

**Absentee Voting (Mail, Drop Box, Election Office, Overseas Ballot)**

__Request for absentee ballot

__Receipt of absentee ballot

__Incorrect ballot

__Acceptance of absentee ballot

__Counting of absentee ballot

__Postal service (USPS)

__Drop Box

__Military or overseas ballot (UOCAVA)

**Campaigning**

__At the polling place

__At other than polling place

**Voting Process and Equipment**

__Chain of Custody

__Election forms

__Data cards/Memory devices

__Security of ballots

__Security of voting equipment

**X** Suspected fraud or malfeasance

**Other Election Problem**

**"You must never be fearful about what you are doing when it is right."**

**"You cannot always control the powers-that-be.  You just have to have faith and stand by the things you believe in."**

**"Whatever my individual desires were to be free, I was not alone.  There were many others who felt the same way."**

**Rosa Parks**

# STATEMENT OF FACTS

If you believe a violation of Georgia Election Law occurred, please provide the requested information below and the specific acts committed by the person or entity named in this Complaint. If known, state the provision of Georgia election law alleged to have been violated. Include dates or the period of time in which the alleged violation(s) occurred. Identify each fact not personally known to the complainant but which you allege on information and belief.

Name of Election __**Mid Term Election**__   Date of Election ___**Oct./Nov. 2022**___

Complaint or Alleged Violation __**Provided only an illegal election system, therefore I was denied my right to vote legally.**__

Date of occurrence of event **Nov. 7, 2022**   Location **Houston Co. Elections Office**

Georgia Law Violation (if known) __**Election fraud and/or malfeasance**__

Provide a detailed description of the facts regarding the conduct or incident on which the Complaint is based.

Attach documents that support each instance of conduct or incident that is the basis of this Complaint.

**This is a civil rights issue.**

I was refused the opportunity to vote by a legal election system\*. This system with its hidden QR encoded format, disallowed me from confirming my votes before casting my ballot.

Upon seeing the illegal QR code mark on my ballot that I could not read, I marked through it with a pen and attempted to feed my ballot into the ballot box scanner. The scanner did not accept my ballot. The supervisor directed me to go through this exercise a second time. I then requested to vote by Provisional Ballot. I watched him contact his supervisor by phone, then he refused me that or any other option.

This illegal election system was foisted upon us by state "public servants" and is designed so that the "votes" cannot be confirmed by the voter, as Georgia law fortunately still provides\*. Per federal agency CISA, and other expert sources, the humanly readable portion and the encrypted encoded portion are not related.

County public servants are paid to provide honest elections on behalf of the citizens.\*\* Since October 2021, I have met with now County Commission Chairman Dan Perdue several times, whereby I provided much court-accepted evidence of ongoing election machine fraud and requested a legal, transparent election system. He has ignored my concerns to date. In October 2021, it was evident that Mr. Perdue was already aware that this illegal machine system and equally corrupt drop-box system continues to re-elect most incumbents at an artificially high rate, even before he assumed the chairman position.

We the people want a legal transparent election system, with no machine manipulation, nor drop-box manipulation, nor any other manipulation. There is no substituting full transparency, to regain much needed voter confidence.

\*OCGA 21-2-300(a)(2). "...electronic ballot marker shall print an elector verifiable paper ballot and produce paper ballots which are marked with the elector's choices in a format readable by the elector."

\*\*OCGA 21-2-2(7.1): Elections are administered by counties.

## SIGNED STATEMENT

I, __**Margaret Mehserle**__, the undersigned, do affirm that the information contained in this complaint is true and correct to the best of my knowledge and that any attached documents exist and may be examined. I have read and understand the accompanying instructions, and I am aware that completion of this form cannot and will not alter the outcome of the election.

Signature of Complainant