IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARGARET MEHSERLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CV-486 (CAR) |
| DAN PERDUE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER DISMISSING CASE

On March 6, 2024, this Court ordered Plaintiff Margaret Mehserle to show cause why her case should not be dismissed for failure to perfect service of process on the Defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff was given fourteen days from the date of the Order in which to respond. Plaintiff has not responded to the Order. Therefore, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED,** this 29th day of March, 2024.

S/ C. Ashley Royal\_\_\_\_
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1